COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: ERIC FLORES,<br><br>Relator. | §<br><br>§<br><br>§<br><br>§<br><br>§ | No. 08-10-00237-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Mr. Eric Flores, has filed a *pro se* petition for writ of mandamus requesting that this Court order the El Paso County District Clerk to forward certified copies of the questions of law presented in the petition to the Attorney General of the United States.

Because this Court does not have authority to issue writs of mandamus against the above mentioned individuals and entities, the petition is denied. *See* TEX. GOV'T CODE ANN. § 22.221(b) (Vernon 2004).


GUADALUPE RIVERA, Justice

September 22, 2010

Before Chew, C.J., McClure, and Rivera, JJ.